UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN ASH,

    Plaintiff,

v.

IQ DATA INTERNATIONAL, INCORPORATED,

    Defendant.
_____/

Case No. 2:17-cv-10845

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER EXTENDING DEADLINE
## TO REINSTATE AND DISMISSAL TO CONVERT TO WITH PREJUDICE

Plaintiff Carolyn Ash and Defendant IQ Data International, Inc., having filed a Stipulation to Extend the Deadline to Reinstate and Dismissal to Convert with Prejudice, and the Court having been duly advised, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED that the reinstatement deadline is moved to February 7, 2018, and if no reinstatement is filed this matter will convert to a dismissal with prejudice.

**SO ORDERED.**

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: January 24, 2018

Respectfully submitted,

| **For Plaintiff, Carolyn Ash** | **For Defendant, IQ Data International, Inc.** |
|---|---|
| /s/ David M. Marco | /s/ Paul Gamboa |
| David M. Marco | Paul Gamboa |
| SMITHMARCO, P.C. | Gordon & Rees LLP |
| 55 W. Monroe Street, Suite 1200 | One North Franklin , Suite 800 |
| Chicago, IL 60603 | Chicago, Illinois 60606 |
| Telephone:   (312) 546-6539 | Telephone:   (312) 565-1400 |
| Facsimile:   (888) 418-1277 | Facsimile:   (312) 565-6511 |
| E-Mail:   dmarco@smithmarco.com | E-Mail:   pgamboa@gordonrees.com |